W. H. & R. S. TUCKER v. THE CITY OF RALEIGH.

(For the Syllabus, see case between the two parties, *ante*, page 267.)

CIVIL ACTION, heard before WATTS, J., at January Term, 1876, of WAKE Superior Court.

The facts are substantially the same as in the preceding case between the same parties.

There was judgment in favor of the plaintiff according to the prayer of the complaint, and the defendant appealed.

*Busbee & Busbee*, for the appellant.
*Haywood*, *Fowle* and *Snow*, contra.

READE, J.   An alternative, and not a peremptory *man-damus*, is the proper judgment.   See opinion filed in a case, between same parties at this term.   No error.

PER CURIAM.                          Judgment accordingly.

## [1.]